```
 1  DENNIS J. HERRERA State Bar # 139669
    City Attorney
 2  THERESE M. STEWART State Bar # 104930
    Chief Deputy City Attorney
 3  DANNY CHOU State Bar # 180240
    Chief of Complex and Special Litigation
 4  KRISTINE A. POPLAWSKI, State Bar # 160758
    KATHLEEN S. MORRIS, State Bar # 196672
 5  Deputy City Attorneys
    Fox Plaza
 6  1390 Market Street, 7th Floor
    San Francisco, California 94102-5408
 7  Telephone: (415) 554-3800
    Facsimile: (415) 554-3985
 8  E-Mail: danny.chou@sfgov.org

 9  Attorneys for Plaintiff
    THE CITY AND COUNTY OF SAN FRANCISOO
10

11  ERIC H. HOLDER, JR.
    ATTORNEY GENERAL
12  ANDRÉ BIROTTE JR.
    United States Attorney
13  LEON W. WEIDMAN
    Assistant United States Attorney
14  Chief, Civil Division
    DAVID E. PINCHAS
15  Assistant United States Attorney
        Room 7516 Federal Building
16      300 North Los Angeles Street
        Los Angeles, California 9001
17      Telephone:  (213) 894-2920
        Fax Number: (213) 894-7819
18      California Bar # 130751
    Attorneys for Defendants
19
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Plaintiff,<br><br>  v.<br><br>The UNITED STATES DEPARTMENT, OF TRANSPORTATION, et al.,<br><br>        Defendants. | Case No.: CV 12-00711 RS<br><br>ORDER GRANTING STIPULATION TO 1) EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND 2) SET BRIEFING SCHEDULE FOR MOTION TO DISMISS |

CV 12-0071 RS ORDER

1   Good cause having been shown, the parties' Stipulation to
2   1) Extend Time for Defendants to Respond to Complaint and 2) Set
3   Briefing Schedule for Motion to Dismiss is GRANTED as follows:
4       1.  Defendants shall file their motion to dismiss not later
5   than May 24, 2012;
6       2.  Plaintiff's Opposition shall be filed not later than June
7   21, 2012;
8       3.  Defendants' Reply to Plaintiff's Opposition shall be
9   filed not later than July 12, 2012;
10      4.  The hearing date of the motion shall be July 26, 2012 at
11  1:30 p.m.
12      IT IS SO ORDERED.
13  Dated:  5/9/12

_____
UNITED STATES DISTRICT JUDGE