```
 1  DENNIS J. HERRERA State Bar # 139669
    City Attorney
 2  THERESE M. STEWART State Bar # 104930
    Chief Deputy City Attorney
 3  DANNY CHOU State Bar # 180240
    Chief of Complex and Special Litigation
 4  KRISTINE A. POPLAWSKI, State Bar # 160758
    KATHLEEN S. MORRIS, State Bar # 196672
 5  Deputy City Attorneys
    Fox Plaza
 6  1390 Market Street, 7th Floor
    San Francisco, California 94102-5408
 7  Telephone: (415) 554-3800
    Facsimile: (415) 554-3985
 8  E-Mail: danny.chou@sfgov.org

 9  Attorneys for Plaintiff
    THE CITY AND COUNTY OF SAN FRANCISCO
10

11  ERIC H. HOLDER, JR.
    ATTORNEY GENERAL
12  ANDRÉ BIROTTE JR.
    United States Attorney
13  LEON W. WEIDMAN
    Assistant United States Attorney
14  Chief, Civil Division
    DAVID E. PINCHAS
15  Assistant United States Attorney
         Room 7516 Federal Building
16       300 North Los Angeles Street
         Los Angeles, California 9001
17       Telephone:  (213) 894-2920
         Fax Number: (213) 894-7819
18       California Bar # 130751
    Attorneys for Defendants
19
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | Case No. C 12-00711 RS |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT |
| v. | |
| The UNITED STATES DEPARTMENT, OF TRANSPORTATION, et al., | |
| Defendants. | |

C 12-00711 RS ORDER

1   Good cause having been shown, the parties' Stipulation to
2   Extend Time for Defendants to Respond to Plaintiff's Amended
3   Complaint is GRANTED.  Defendants shall respond to the Amended
4   Complaint on or before September 20, 2012.
5       IT IS SO ORDERED.
6   Dated: 8/20/12

_____
UNITED STATES DISTRICT JUDGE