```
 1 | DENNIS J. HERRERA State Bar # 139669
   | City Attorney
 2 | THERESE M. STEWART State Bar # 104930
   | Chief Deputy City Attorney
 3 | DANNY CHOU State Bar # 180240
   | Chief of Complex and Special Litigation
 4 | KRISTINE A. POPLAWSKI, State Bar # 160758
   | KATHLEEN S. MORRIS, State Bar # 196672
 5 | Deputy City Attorneys
   | Fox Plaza
 6 | 1390 Market Street, 7th Floor
   | San Francisco, California 94102-5408
 7 | Telephone: (415) 554-3800
   | Facsimile: (415) 554-3985
 8 | E-Mail: danny.chou@sfgov.org
 9 | Attorneys for Plaintiff
   | THE CITY AND COUNTY OF SAN FRANCISCO
10 |
11 | ERIC H. HOLDER, JR.
   | ATTORNEY GENERAL
12 | ANDRÉ BIROTTE JR.
   | United States Attorney
13 | LEON W. WEIDMAN
   | Assistant United States Attorney
14 | Chief, Civil Division
   | DAVID E. PINCHAS
15 | Assistant United States Attorney
   |     Room 7516 Federal Building
16 |     300 North Los Angeles Street
   |     Los Angeles, California 9001
17 |     Telephone:  (213) 894-2920
   |     Fax Number: (213) 894-7819
18 |     California Bar # 130751
   | Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | ) Case No. C 12-00711 RS |
| Plaintiff, | ) ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT |
| v. | ) |
| The UNITED STATES DEPARTMENT, OF TRANSPORTATION, et al., | ) |
| Defendants. | ) |

C 12-00711 RS ORDER

1 |     Good cause having been shown, the parties' Stipulation to
2 | Extend Time for Defendants to Respond to Plaintiff's Amended
3 | Complaint is GRANTED.  Defendants shall respond to the Amended
4 | Complaint on or before September 20, 2012.
5 |     IT IS SO ORDERED.
6 | Dated: 8/20/12

_____
UNITED STATES DISTRICT JUDGE