1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
3 | KRISTINE A. POPLAWSKI, State Bar #160758
AILEEN M. McGRATH, State Bar #280846
4 | Deputy City Attorneys
1390 Market Street, 7th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3878
6 | Facsimile:      (415) 554-3985
E-Mail:         Kristine.poplawski@sfgov.org

Attorneys for Plaintiff
THE CITY AND COUNTY OF SAN FRANCISCO


ERIC H. HOLDER, JR.
ATTORNEY GENERAL
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID E. PINCHAS
        Assistant United States Attorney
        Room 7516 Federal Building
        300 North Los Angeles Street
        Los Angeles, California 9001
        Telephone: (213) 894-2920
        Fax Number: (213) 894-7819
        California Bar # 130751

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>The UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*<br><br>    Defendants. | Case No. C 12-00711 RS<br><br>**[PROPOSED] ORDER SETTING STIPULATED SCHEDULE FOR BRIEFING OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

1  Good cause having been shown, the parties' Stipulation As To Schedule For Briefing Of Defendants' Motion To Dismiss First Amended Complaint is GRANTED. Plaintiff shall file its opposition to the motion no later than October 11, 2012; Defendants shall file their reply no later than October 25, 2012. The motion is scheduled to be heard on November 8, 2012.

IT IS SO ORDERED.

Dated:   10/4/12

_____
UNITED STATES DISTRICT JUDGE