DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
OWEN J. CLEMENTS, State Bar #141805
Chief of Complex and Special Litigation
KRISTINE A. POPLAWSKI, State Bar #160758
AILEEN M. McGRATH, State Bar #280846
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4236
Facsimile:      (415) 554-3985
E-Mail:         Aileen.McGrath@sfgov.org

Attorneys for Plaintiff
THE CITY AND COUNTY OF SAN FRANCISCO

ERIC H. HOLDER, JR.
ATTORNEY GENERAL
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID E. PINCHAS
    Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 9001
    Telephone: (213) 894-2920
    Fax Number: (213) 894-7819
    California Bar # 130751

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>The UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*<br><br>    Defendants. | Case No. C 12-00711 RS<br><br>[~~PROPOSED~~] ORDER  TO REVISE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; TO CONTINUE DATE OF HEARING; AND TO CONTINUE CASE MANAGEMENT CONFERENCE |

[~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE      n:\affirm\li2012\120860\00802318.doc
CASE NO.  C 12-00711 RS

1  Good cause having been shown, the parties' Stipulation To Revise Briefing Schedule for
2  Defendants' Motion to Dismiss Plaintiff's First Amended Complaint; To Continue Date of Hearing,
3  and To Continue Case Management Conference is GRANTED.  Plaintiff shall file its opposition to the
4  motion no later than October 18, 2012; Defendants shall file their reply no later than November 8,
5  2012.  The motion is scheduled to be heard on December 20, 2012.  The Case Management
6  Conference currently scheduled for November 15, 2012, is continued to January 17, ~~2012.~~ 2013.

7  IT IS SO ORDERED.

9  Dated:  10/16/12

10  UNITED STATES DISTRICT JUDGE

[PR~~OPOS~~ED] ORDER RE: BRIEFING SCHEDULE          1              n:\affirm\li2012\120860\00802318.doc
CASE NO.   C 12-00711 RS