1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  THERESE M. STEWART, State Bar #104930
   Chief Deputy City Attorney
3  OWEN J. CLEMENTS, State Bar #141805
   Chief of Complex and Special Litigation
4  KRISTINE A. POPLAWSKI, State Bar #160758
   AILEEN M. McGRATH, State Bar #280846
5  Deputy City Attorneys
   1390 Market Street, 7th Floor
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-4236
7  Facsimile:     (415) 554-3985
   E-Mail:        Aileen.McGrath@sfgov.org

8  Attorneys for Plaintiff
   THE CITY AND COUNTY OF SAN FRANCISCO
9

10 ERIC H. HOLDER, JR.
   ATTORNEY GENERAL
11 ANDRÉ BIROTTE JR.
   United States Attorney
12 LEON W. WEIDMAN
   Assistant United States Attorney
13 Chief, Civil Division
   DAVID E. PINCHAS
14      Assistant United States Attorney
        Room 7516 Federal Building
15      300 North Los Angeles Street
        Los Angeles, California 9001
16      Telephone: (213) 894-2920
        Fax Number: (213) 894-7819
17      California Bar # 130751

18 Attorneys for Defendants

19

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

| THE CITY AND COUNTY OF SAN FRANCISCO, | Case No. C 12-00711 RS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO REVISE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; TO CONTINUE DATE OF HEARING; AND TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| The UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.* | |
| Defendants. | |

[~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE          n:\affirm\li2012\120860\00802318.doc
CASE NO.   C 12-00711 RS

1  Good cause having been shown, the parties' Stipulation To Revise Briefing Schedule for
2  Defendants' Motion to Dismiss Plaintiff's First Amended Complaint; To Continue Date of Hearing,
3  and To Continue Case Management Conference is GRANTED.  Plaintiff shall file its opposition to the
4  motion no later than October 18, 2012; Defendants shall file their reply no later than November 8,
5  2012.  The motion is scheduled to be heard on December 20, 2012.  The Case Management
6  Conference currently scheduled for November 15, 2012, is continued to January 17, ~~2012.~~ 2013.

7  IT IS SO ORDERED.

9  Dated: 10/16/12                    _____
10                                     UNITED STATES DISTRICT JUDGE

[PR~~OPOS~~ED] ORDER RE: BRIEFING SCHEDULE         1              n:\affirm\li2012\120860\00802318.doc
CASE NO.   C 12-00711 RS